

FILED
JAN 14 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CIVIL ACTION NO. |
| MARISA CRISTINA BALDERAS | § | SA-14-CV-0030-OLG |

## O R D E R

On this date came on to be considered the status of this cause. After reviewing the file in this case, the Court finds that it will recuse itself from any further proceedings.

Accordingly, it is hereby ORDERED that this action be removed from the docket of the undersigned and randomly reassigned to another Judge.

SIGNED this 14th day of January, 2014.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE